UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: MGM Grand Detroit, LLC
Discrimination Litigation,   Case No. 03-73007

District Judge Nancy G. Edmunds
Magistrate Judge R. Steven Whalen

_____/

**ORDER**

Plaintiff having notified the Court of the withdrawal of the Motion to Quash Subpoena and for Protective Order [Docket #61],

IT IS THEREFORE ORDERED that the Motion to Quash [Docket #61] is DISMISSED WITHOUT PREJUDICE.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 25, 2006.

S/Gina Wilson
Judicial Assistant