UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In Re: MGM Grand Detroit, LLC
Discrimination Litigation,                Case No.  03-73007

                                          District Judge Nancy G. Edmunds
                                          Magistrate Judge R. Steven Whalen

_____/

## ORDER

For the reasons stated on the record on July 31, 2007, Plaintiff's Motion to Compel Discovery [Docket #101] (regarding customer complaints) is GRANTED.

SO ORDERED.


                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: August 9, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 9, 2007.


                                          S/Gina Wilson
                                          Judicial Assistant